UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIKA BENNETT, on her own behalf and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC.,<br><br>　　　　　Defendant. | No. 2:26-cv-00862<br><br>NOTICE OF RELATED CASE |

Pursuant to Local Civil Rule 3(g), Defendant Bed Bath & Beyond, Inc. ("Beyond") submits this Notice of Related Case identifying *Morgan Crouch, et al., v. Bed Bath & Beyond, Inc.*, No. 2:26-cv-00489-GJL (*Crouch*) in the United States District Court for the Western District of Washington. *Crouch* is related to this action because it involves the same defendant, the same or substantially similar putative class of plaintiffs, and asserts identical causes of action for alleged violation of the Commercial Electronic Mail Act, RCW ch 19.190, and the Consumer Protection Act, RCW ch 19.86, under similar theories of liability. It appears likely that there will be an unduly burdensome duplication of resources—as well as possibly the potential for conflicting results—if the cases are conducted before different judges. *See* LCR 3(g)(4)(A)-(B).

NOTICE OF RELATED CASE - 1
No. 2:26-cv-00862

DATED this 13th day of March, 2026.

Davis Wright Tremaine LLP
*Attorneys for Defendant*

By s/*Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    Lauren B. Rainwater, WSBA #43625
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Fax: 206-757-7016
    kenpayson@dwt.com
    laurenrainwater@dwt.com

NOTICE OF RELATED CASE - 2
No. 2:26-cv-00862

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy was emailed to the following counsel.

Samuel J. Strauss
Raina C. Borrelli
STRAUSS BORRELLI PLLC
890 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops
Natalie A. Lyons
Ian R. Bensberg
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV
Michael C. Tackeff
Andrew K. Murray
STRANCH, JENNINGS & GARVEY, PLCC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Counsel for Plaintiff
and the Proposed Class*

DATED this 13th day of March, 2026.

By s/ *Kenneth E. Payson*
Kenneth E. Payson, WSBA # 26369

NOTICE OF RELATED CASE - 3
No. 2:26-cv-00862

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax